2 ✓ Hudson (C)

FILED
MAY 15 2007
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

COMPLAINT UNDER CIVIL RIGHTS ACT 42 U.S.C. § 1983

Action Number 3:07cv281
(To be supplied by the Clerk, U.S. District Court)

Please fill out this complaint form completely. The court needs the information requested in order to assure that your complaint is processed as quickly as possible and that all your claims are addressed. Please print/write legibly or type.

I. PARTIES

A. Plaintiff:

1. (a) Daryl Washington (name) (b) #01-04783 (inmate number)

(c) 9320 Lee Avenue (address)

Manassas VA 20110

Plaintiff MUST keep the Clerk of Court notified of any change of address due to transfer or release. If plaintiff fails to keep the Clerk informed of such changes, this action may be dismissed.

B. Defendant(s):

Plaintiff is advised that only persons acting under color of state law are proper defendants under section 1983. The Commonwealth of Virginia is immune under the Eleventh Amendment. Private parties such as attorneys and other inmates may not be sued under section 1983. In addition, liability under section 1983 requires personal action by the defendant that caused you harm. Normally, the Director of the Department of Corrections, wardens and sheriffs are not liable under section 1983 just because they supervise persons who may have violated your rights. These persons are liable only if they were personally involved in the alleged deprivation. In addition, prisons, jails, and departments within an institution are not persons under section 1983.

1. (a) James A. Faulk (name) (b) ADC Employee Correctional officer (title/job description)

(c) 9320 Lee Avenue (address)

Manassas VA 20110

RECEIVED
MAY - 9 2007
[illegible]

2. (a) MS. Williams (name)
(b) Nurse At ADC (title/job description)

(c) 9320 Lee Avenue (address)

Manassas. VA. 20110

3. (a) ______________________ (name)
(b) ______________________ (title/job description)

(c) ______________________ (address)

______________________

If there are additional defendants, please list them on a separate sheet of paper. Provide all identifying information for each defendant named.

Plaintiff MUST provide an address for defendant(s) in order for the court to serve the complaint. If plaintiff does not provide an address for a defendant, that person may be dismissed as a party to this action.

In addition, plaintiff MUST provide a copy of the completed complaint and any attachments for EACH defendant named.

## II. PREVIOUS LAWSUITS

A. Have you ever begun other lawsuits in any state or federal court relating to your imprisonment? Yes [ ] No [ ]

B. If your answer to A is YES: You must describe any lawsuit, whether currently pending or closed, in the space below. [If there is more than one lawsuit, you must describe each lawsuit on another sheet of paper, using the same outline, and attach hereto.]

1. Parties to previous lawsuit:

Plaintiff(s) N/A

Defendant(s) ______________________

______________________

2. Court [if federal court, name the district; if state court, name the county]: ______________________

N/A

3. Date lawsuit filed: ______________________

4. Docket number: N/A

5. Name of Judge to whom case was assigned:

N/A

6. Disposition [Was case dismissed? Appealed? Is it still pending? What relief was granted, if any?]:

N/A

III. GRIEVANCE PROCEDURE

A. At what institution did the events concerning your current complaint take place? Prince william manassas Regional Jail

B. Does the institution listed in A have a grievance procedure?
Yes [✓] No [ ]

C. If your answer to B is YES:

1. Did you file a grievance based on this complaint?
Yes [✓] No [ ]

2. If so, where and when: unit 12 lock-down in the Jail

3. What was the result? (no Response) (never Recieved recipt Copy.

4. Did you appeal? Yes [ ] No [ ] (my Second grievance was for my appeal)

5. Result of appeal: They Claim that they doesn't have any Grievance on file.

D. If there was no prison grievance procedure in the institution, did you complain to the prison authorities? Yes [ ] No [ ]

If your answer is YES: What steps did you take?

N/A

E. If your answer is NO, explain why you did not submit your complaint to the prison authorities.

N/A

## IV. STATEMENT OF THE CLAIM

[State here as briefly as possible the facts of your case. Describe how each defendant is involved and how you were harmed by their actions. Also include the names of any other persons involved, dates and places of events. You may cite constitutional amendments you allege were violated, but do not give any legal arguments or cite any cases or statutes.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph. (Attach additional sheets if necessary.)]

On October 2006 Guard officer Faulk Accused me of Assaulting him and Subsequently filed Criminal charges against me for Assault on a law enforcement officer; I was not charged with in the institution. I went to Preliminary hearing in Criminal Court and the Judge declined to indict me due to insufficient evidence stating there was no Assault and Battery. In result I suffered Pretrial oppression and Embarressment as my incarceration Conditions worsened. (I was lock-down) and I was politically discriminated against and was the victim of degrading treatment. I am also left to pay $445.00 dollars of Court Cost. Also nurse Williams Conspired with officer Faulk to bring false charges against me.

Signature [signature]

## V. RELIEF

I understand that in a section 1983 action the Court cannot change my sentence, release me from custody or restore good time. I understand I should file a petition for a writ of habeas corpus if I desire this type of relief. DW [please initial]

The plaintiff wants the Court to: [check those remedies you seek]

✓ award money damages in the amount of $ one million dollars

____ grant injunctive relief by ____

____ Other ____

## VI. PLACES OF INCARCERATION

Please list the institutions at which you were incarcerated during the last six months. If you were transferred during this period, list the date(s) of transfer. Provide an address for each institution.

Prince Williams manassas Regional Jail

## VII. CONSENT

CONSENT TO TRIAL BY A MAGISTRATE JUDGE: The parties are advised of their right, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge preside over a trial, with appeal to the U.S. Court of Appeals for the Fourth Circuit.

Do you consent to proceed before a U.S. Magistrate Judge: Yes [✓] No [ ]. You may consent at any time; however, any early consent is encouraged.

## VIII. SIGNATURE

If there is more than one plaintiff, each plaintiff must sign for himself or herself.

Signed this 23 day of December, ~~19~~ 2006.

Plaintiff [signature]